Cary S. Kletter
Chloe Quail
KLETTER LAW FIRM
22 Battery Street, Suite 202
San Francisco, California 94111
Telephone: 415.434.3400
Facsimile: 415.732.3791

Attorneys for Plaintiff HEATHER LOWE

Mark Posard
GORDON & REES, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.986.5900
Facsimile: 415.986.8054

Attorneys for Defendant
EBL&S PROPERTY MANAGEMENT, INC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER LOWE,<br><br>   Plaintiff,<br><br>v.<br><br>EBL&S PROPERTY MANAGEMENT, INC., and DOES 1 THROUGH 20,<br>   Defendants. | CASE NO. NO. CV 09 5654 CW<br><br>[PROPOSED] ORDER REGARDING FIRST AMENDED COMPLAINT |

  WHEREAS Plaintiff HEATHER LOWE ("Plaintiff") prepared a First Amended Complaint because the filed initial complaint mistakenly did not include the exhibits referred to therein; and

  WHEREAS Defendant EBL&S PROPERTY MANAGEMENT, INC. ("Defendant") agreed by joint stipulation that the First Amended Complaint may be deemed the operative pleading and have no objection to the filing thereof; and

NOW THEREFORE it is Ordered that:

The First Amended Complaint prepared by Plaintiff may be filed by Plaintiff and upon doing so it shall become the operative pleading for all purposes in this matter.

SO ORDERED.

Dated: 2/2/10

_____
Hon. Claudia Wilken
Judge of the United States District Court for the Northern District of California