1  Cary S. Kletter
   Chloe Quail
2  KLETTER LAW FIRM
   22 Battery Street, Suite 202
3  San Francisco, California 94111
4  Telephone: 415.434.3400
   Facsimile: 415.732.3791
5
6  Attorneys for Plaintiff HEATHER LOWE

7  Mark Posard
   GORDON & REES, LLP
8  275 Battery Street, Suite 2000
   San Francisco, CA 94111
9  Telephone: 415.986.5900
10 Facsimile: 415.986.8054

11 Attorneys for Defendant
   EBL&S PROPERTY MANAGEMENT, INC
12

13                    UNITED STATES DISTRICT COURT
14              FOR THE NORTHERN DISTRICT OF CALIFORNIA
15

16 HEATHER LOWE,                      )
17                   Plaintiff,       )   CASE NO. NO. CV 09 5654 CW
                                      )   [PROPOSED] ORDER
18 v.                                 )   REGARDING FIRST AMENDED
                                      )   COMPLAINT
19                                    )
   EBL&S PROPERTY MANAGEMENT, INC., and )
20 DOES 1 THROUGH 20,                 )
                     Defendants.      )
21 _____)

22

23

24     WHEREAS Plaintiff HEATHER LOWE ("Plaintiff") prepared a First Amended
25 Complaint because the filed initial complaint mistakenly did not include the exhibits referred to
   therein; and
26
       WHEREAS Defendant EBL&S PROPERTY MANAGEMENT, INC. ("Defendant")
27
   agreed by joint stipulation that the First Amended Complaint may be deemed the operative
28 pleading and have no objection to the filing thereof; and

1  NOW THEREFORE it is Ordered that:

2

3  The First Amended Complaint prepared by Plaintiff may be filed by Plaintiff and upon

4  doing so it shall become the operative pleading for all purposes in this matter.

5

6  SO ORDERED.

7  Dated: 2/2/10

*[signature: Claudia Wilken]*

Hon. Claudia Wilken
Judge of the United States District Court for the Northern District of California