IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER LOWE, | No. C 09-05654 CW |
|     Plaintiff, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
|   v. | |
| EBL&S PROPERTY MANAGEMENT INC., | |
|     Defendant. | |

Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that the above-captioned case is referred to Magistrate Judge Beeler for a settlement conference to be held at the convenience of the Magistrate Judge's calendar. Counsel shall contact the assigned Magistrate Judge's chambers immediately to schedule a date and time for a settlement conference. Plaintiff's original counsel, who has not been relieved as counsel, as well as her new counsel, and Plaintiff in person must attend, as well as Defendant's attorney and a representative of Defendant with settlement authority. If a settlement is reached, the Magistrate Judge is requested to place it on the record.

DATED: 2/14/2011

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

cc: Sue; LB