Yosef Peretz (SBN 209288)
Emily A. Knoles (SBN 241671)
Michael D. Burstein (SBN 248516)
PERETZ & ASSOCIATES
22 Battery Street, Suite 202
San Francisco, California 94111
Telephone: (415) 732-3777
Facsimile:  (415) 732-3791

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER LOWE,<br><br>                            Plaintiff,<br><br>v.<br><br>EBL&S PROPERTY MANAGEMENT, INC.; and DOES 1 THROUGH 20,<br><br>                            Defendants. | CASE NO. CV 09 5654 CW<br><br>**STIPULATION AND ORDER PERMITTING ADDITION OF COUNSEL** |

WHEREFORE, Plaintiff HEATHER LOWE ("Plaintiff") respectfully requests this Court to enter an Order permitting the substitution of new counsel of record for Plaintiff in the aforementioned case.

Plaintiff requests that Yosef Peretz of Peretz & Associates be permitted to represent her in this action from this time on.  Yosef Peretz consents to this proposed substitution and requests that he be made counsel of record for Plaintiff in this action.

IT IS HEREBY STIPULATED:

1. Plaintiff Heather Lowe shall no longer represent herself in this action;

2. Yosef Peretz, whose address is 22 Battery Street, Suite 202, San Francisco, CA 94111 and telephone number is 415.732.3777, is substituted in for Plaintiff in the representation of this action; and

3. All necessary changes shall be made to the Court's records and ECF.

1
2  Dated: February 16, 2011
3                                                    HEATHER LOWE, Plaintiff
4
5  Dated: February 16, 2011                          PERETZ & ASSOCIATES
6
7
8
9                                            By: _____
                                                   Yosef Peretz
10                                                  Attorney for Plaintiff HEATHER LOWE
11
12
13
   IT IS SO ORDERED.  **New counsel may be added to the case.  However, prior counsel is not**
14
   **relieved and will not be until after the settlement conference in the case, which original and**
15
   **new counsel and Plaintiff must attend in person.**
16
17 DATED: February 16, 2011                    _____
                                                HONORABLE CLAUDIA WILKEN
18                                              JUDGE OF THE U.S. DISTRIC COURT
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [~~PROPOSED~~] ORDER PERMITTING SUBSTITUTION OF COUNSEL

2